■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND RICHARDSON, Appellant. [6 NYS3d 490]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Buchter, J.), imposed July 14, 2009, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133 [2014]). The record does not demonstrate that the defendant "grasped the concept of the appeal waiver and the nature of the right he was forgoing" (*People v Bradshaw*, 18 NY3d 257, 267 [2011]; *see People v Michael*, 120 AD3d 713 [2014]; *People v Johnson*, 113 AD3d 635, 635 [2014]). Therefore, notwithstanding the defendant's execution of the written waiver form, it cannot be said that he knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Brown*, 122 AD3d at 145-146; *People v Michael*, 120 AD3d at 713-714; *People v Pressley*, 116 AD3d 794 [2014]).

Nevertheless, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Leventhal, Hinds-Radix and LaSalle, JJ., concur.